# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2011

143775

In re T. R. COLLINS, Minor.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143775
COA: 300227
Oakland CC Family Division:
10-767430-NA

_____/

On order of the Court, the application for leave to appeal the September 1, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2011

Clerk

y1011